

# THE SUPREME COURT OF TEXAS

**Post Office Box 12248**
**Austin, Texas 78711**

**(512) 463-1312**

May 15, 2015

Mr. Robert B. Dubose
Alexander Dubose Jefferson & Townsend LLP
1844 Harvard Street
Houston, TX 77008
\* DELIVERED VIA E-MAIL \*

Ms. Macey Reasoner Stokes
Baker Botts LLP
910 Louisiana Street, One Shell Plaza
Houston, TX 77002-4995
\* DELIVERED VIA E-MAIL \*

RE:     Case Number:  13-0552
        Court of Appeals Number:  01-11-00201-CV
        Trial Court Number:  0965221

Style:  SHELL OIL COMPANY AND SHELL INTERNATIONAL, E&P, INC.
        v.
        ROBERT WRITT

Dear Counsel:

Today the Supreme Court of Texas issued an opinion and judgment in the above-referenced cause.  You may obtain a copy of the opinion and judgment through Case Search on our Court's webpage at: http://www.txcourts.gov/supreme.aspx.  On the Case Search page simply enter the case number and push the Search button to find the docket page for your case.

Sincerely,

Blake A. Hawthorne, Clerk

by Claudia Jenks, Chief Deputy Clerk

cc:     Kenneth David Hughes (DELIVERED VIA E-MAIL)
        Mr. James C. Ho (DELIVERED VIA E-MAIL)
        Mr. Chris Daniel (DELIVERED VIA E-MAIL)
        Michael Mukasey (DELIVERED VIA E-MAIL)
        Mr. Christopher Prine (DELIVERED VIA E-MAIL)